January 21, 2011

Mr. George W. Vie III
Mills Shirley L.L.P.
One City Centre
1021 Main Street, Suite 1950
Houston, TX 77002
Mr. Ralph D. Huston
The Huston Law Firm
3200 Travis, 3rd Floor
Houston, TX 77006

RE: Case Number: 06-0752
 Court of Appeals Number: 01-05-00553-CV
 Trial Court Number: 04CV0694

Style: WILLIAM H. NEALON, M.D. AND ERIC M. WALSER, M.D.
 v.
 HARRY WILLIAMS

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. M. Karinne |
| |McCullough |
| |Ms. Latonia Renee |
| |Wilson |